**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE 714-668-2423
FACSIMILE 415-281-2010

David M. Lester (State Bar No. 119966)
d.lester@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendant Paragon Systems, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL L. CORNER, | CASE No. 3:12-cv-04172-EMC |
| Plaintiff, | Complaint Filed:  August 8, 2012 |
| vs. | **STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES AND [P~~ROPOSE~~D] ORDER GRANTING STIPULATION** |
| PARAGON SYSTEMS, INC. and LT. ARMANDO BENITEZ, | |
| Defendants. | Date:   November 2, 2012<br>Time:   1:30 p.m.<br>Crtrm.:  5 |

May 23 11 09:43a Michael 6503683682 p.1

1415287 2010   MUSICK PEELER & GARRETT LLP SF   11:08:29   10-15-2012   5/10

1     Plaintiff, on behalf of himself, and defendant Paragon Systems, Inc., through its
2 undersigned counsel, hereby stipulate as follows:
3     1.     If the court denies defendant's pending Motion for Judgment on the Pleadings,
4 plaintiff and defendant Paragon have agreed to exchange the disclosures required under Rule
5 26(a)(1) within fifteen (15) business days of the date of service of the court's written order.
6     2.     If the court grants the Motion for Judgment on the Pleadings with further relief to
7 plaintiff, the parties will exchange the disclosures required under Rule 26(a)(1) within fifteen (15)
8 business days after plaintiff has complied with the court's order.
9     IT IS SO STIPULATED.

11 DATED: October 16, 2012

13                                             By: _____
14                                                 Michael L. Corner
                                                 Plaintiff in pro se

16 DATED: October ___, 2012           MUSICK, PEELER & GARRETT LLP

18                                             By: _____
19                                                  Catherine M. Lee
                                                 Attorneys for Defendant Paragon Systems, Inc.

22                                             **ORDER**
23 IT IS SO ORDERED.

25 DATED: _____, 2012

27                                               JUDGE OF THE UNITED STATES DISTRICT COURT
28

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

2156161                                      1                                         3:12-cv-04172-EMC
STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES AND [PROPOSED] ORDER GRANTING STIPULATION

Plaintiff, on behalf of himself, and defendant Paragon Systems, Inc., through its undersigned counsel, hereby stipulate as follows:

1. If the court denies defendant's pending Motion for Judgment on the Pleadings, plaintiff and defendant Paragon have agreed to exchange the disclosures required under Rule 26(a)(1) within fifteen (15) business days of the date of service of the court's written order.

2. If the court grants the Motion for Judgment on the Pleadings with further relief to plaintiff, the parties will exchange the disclosures required under Rule 26(a)(1) within fifteen (15) business days after plaintiff has complied with the court's order.

IT IS SO STIPULATED.

DATED: October ___, 2012

By: _____
Michael L. Corner
Plaintiff in pro se

DATED: October 16, 2012            MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendant Paragon Systems, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: __October 17__, 2012

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge Edward M. Chen*

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 601 California Street, Suite 1250, San Francisco, California 94108-2817.

On October 16, 2012, I served true copies of the following document(s) described as **STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES AND [PROPOSED] ORDER GRANTING STIPULATION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2012, at San Francisco, California.

_____
Katrina M. Ruiz

**SERVICE LIST**

Michael J. Corner            Plaintiff in pro se
1331 Jefferson Avenue, #308  Tel:   (415) 999-0797
Redwood City, CA 94062