1

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA  94108-2817
TELEPHONE 714-668-2425
FACSIMILE 415-281-2090

2

3

David M. Lester (State Bar No. 119966)
*d.lester@mpglaw.com*
Catherine M. Lee (State Bar No. 197197)
*c.lee@mpglaw.com*

4

5

6

Attorneys for Defendant Paragon Systems, Inc.

7

8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11

12

MICHAEL L. CORNER,

CASE No. 3:12-cv-04172-EMC

13

Plaintiff,

Complaint Filed:          August 8, 2012

14

vs.

15

PARAGON SYSTEMS, INC. and LT.
ARMANDO BENITEZ,

**STIPULATION TO CONTINUE DATE
FOR INITIAL DISCLOSURES AND
[~~PROPOSED~~] ORDER GRANTING
STIPULATION**

16

Defendants.

17

Date:      November 2, 2012
Time:      1:30 p.m.
Crtrm.:   5

18

19

20

21

22

23

24

25

26

27

28

May 23 11 09:43a    Michael

1   Plaintiff, on behalf of himself, and defendant Paragon Systems, Inc., through its

2   undersigned counsel, hereby stipulate as follows:

3       1.      If the court denies defendant's pending Motion for Judgment on the Pleadings,

4   plaintiff and defendant Paragon have agreed to exchange the disclosures required under Rule

5   26(a)(1) within fifteen (15) business days of the date of service of the court's written order.

6       2.      If the court grants the Motion for Judgment on the Pleadings with further relief to

7   plaintiff, the parties will exchange the disclosures required under Rule 26(a)(1) within fifteen (15)

8   business days after plaintiff has complied with the court's order.

9       IT IS SO STIPULATED.

10

11  DATED: October 16, 2012

12

13                              By: _____

14                                  Michael L. Corner
                                    Plaintiff in pro se
15

16  DATED: October ___, 2012        MUSICK, PEELER & GARRETT LLP

17

18                              By: _____

19                                  Catherine M. Lee
                                    Attorneys for Defendant Paragon Systems, Inc.
20

21

22                              ORDER

23      IT IS SO ORDERED.

24

25  DATED: _____, 2012

26

27

28                              _____
                                JUDGE OF THE UNITED STATES DISTRICT COURT

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

835461                              1                              3:12-cv-04172-EMC
STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES AND [PROPOSED] ORDER GRANTING
STIPULATION

p.6          415 859 5388          The Firm          Oct 15 12 02:42p

1    Plaintiff, on behalf of himself, and defendant Paragon Systems, Inc., through its

2  undersigned counsel, hereby stipulate as follows:

3    1.    If the court denies defendant's pending Motion for Judgment on the Pleadings,

4  plaintiff and defendant Paragon have agreed to exchange the disclosures required under Rule

5  26(a)(1) within fifteen (15) business days of the date of service of the court's written order.

6    2.    If the court grants the Motion for Judgment on the Pleadings with further relief to

7  plaintiff, the parties will exchange the disclosures required under Rule 26(a)(1) within fifteen (15)

8  business days after plaintiff has complied with the court's order.

9    IT IS SO STIPULATED.

10

11  DATED: October ___, 2012

12

13                                                   By: _____

14                                                         Michael L. Corner
                                                           Plaintiff in pro se
15

16  DATED: October 16, 2012            MUSICK, PEELER & GARRETT LLP

17

18                                                   By: _____

19                                                         Catherine M. Lee
                                                           Attorneys for Defendant Paragon Systems, Inc.
20

21

22                                                   **ORDER**

23    IT IS SO ORDERED.

24

25  DATED: _____October 17_____, 2012

26

27                                                   _____
                                                     JUDGE OF THE UNITED STATES DISTRICT COURT
28

815646.1                                                   1                                    3:12-cv-04172-EMC
STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES AND [PROPOSED] ORDER GRANTING
                                                                                          STIPULATION

IT IS SO ORDERED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Edward M. Chen

1

## CERTIFICATE OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

3
At the time of service, I was over 18 years of age and **not a party to this action**.  I am
employed in the County of San Francisco, State of California.  My business address is 601
4   California Street, Suite 1250, San Francisco, California  94108-2817.

5
On October 16, 2012, I served true copies of the following document(s) described as
**STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES AND**
6   **[PROPOSED] ORDER GRANTING STIPULATION** on the interested parties in this action as
follows:

7

### SEE ATTACHED SERVICE LIST

8

☒ **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the
9        persons at the addresses listed in the Service List and placed the envelope for collection
and mailing, following our ordinary business practices.  I am readily familiar with Musick,
10       Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing.
On the same day that the correspondence is placed for collection and mailing, it is
11       deposited in the ordinary course of business with the United States Postal Service, in a
sealed envelope with postage fully prepaid.

12
I declare under penalty of perjury under the laws of the United States of America that the
13  foregoing is true and correct and that I am employed in the office of a member of the bar of this
Court at whose direction the service was made.

14

Executed on October 16, 2012, at San Francisco, California.

15

16

17                                                   Katrina M. Ruiz

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

815646.1

3:12-cv-04172-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

Michael J. Corner                          Plaintiff in pro se
1331 Jefferson Avenue, #308                Tel:    (415) 999-0797
Redwood City, CA  94062

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

815646.1

3:12-cv-04172-EMC
STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES AND [PROPOSED] ORDER GRANTING
STIPULATION