**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE: 714-668-2423
FACSIMILE: 415-281-2010

David M. Lester (State Bar No. 119966)
d.lester@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants Paragon Systems, Inc. and Armando Benitez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL L. CORNER, | CASE No. 3:12-cv-04172-EMC |
| Plaintiff, | Complaint Filed: August 8, 2012 |
| vs. | **STIPULATION TO CONTINUE DATE FOR DEFENDANTS PARAGON SYSTEMS, INC. AND ARMANDO BENITEZ TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| PARAGON SYSTEMS, INC. and LT. ARMANDO BENITEZ, | |
| Defendants. | |

826081.1

3:12-cv-04172-EMC

STIPULATION TO CONTINUE DATE FOR DEFS. PARAGON SYSTEMS, INC. & ARMANDO BENITEZ TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff, on behalf of himself, and defendants Paragon Systems, Inc. and Armando Benitez, through their undersigned counsel, hereby stipulate as follows:

The deadline for defendants Paragon Systems, Inc. and Armando Benitez to file and serve a response to plaintiff's First Amended Complaint shall be continued from December 26, 2012 to and including **January 8, 2013**.

The above continuances do not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: December 22, 2012

By: _____
Michael L. Comer
Plaintiff in pro se

DATED: December ___, 2012    MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendant Paragon Systems, Inc.

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

826081.1

1

3:12-cv-04172-EMC

STIPULATION TO CONTINUE DATE FOR DEFS. PARAGON SYSTEMS, INC. & ARMANDO BENITEZ TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1  Plaintiff, on behalf of himself, and defendants Paragon Systems, Inc. and Armando
2  Benitez, through their undersigned counsel, hereby stipulate as follows:
3  The deadline for defendants Paragon Systems, Inc. and Armando Benitez to file and serve
4  a response to plaintiff's First Amended Complaint shall be continued from December 26, 2012 to
5  and including **January 8, 2013**.
6  The above continuances do not alter the date of any event or any deadline already fixed by
7  Court order.
8  IT IS SO STIPULATED.
9
10 DATED: December ___, 2012
11
12                                          By: _____
13                                              Michael L. Corner
                                                Plaintiff in pro se
14
15 DATED: December 26, 2012               MUSICK, PEELER & GARRETT LLP
16
17                                          By: /s/ Catherine M. Lee
18                                              Catherine M. Lee
                                                Attorneys for Defendants Paragon Systems, Inc.
19                                              and Armando Benitez
20
21 IT IS SO ORDERED:
22
23 _____
   Edward M. Chen
24 U.S. District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

826081.1                                    1                              3:12-cv-04172-EMC
STIPULATION TO CONTINUE DATE FOR DEFS. PARAGON SYSTEMS, INC. & ARMANDO BENITEZ TO
RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 601 California Street, Suite 1250, San Francisco, California 94108-2817.

On December 26, 2012, I served true copies of the following document(s) described as **STIPULATION TO CONTINUE DATE FOR DEFENDANTS PARAGON SYSTEMS, INC. AND ARMANDO BENITEZ TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 26, 2012, at San Francisco, California.

_____
Katrina M. Ruiz

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

826081.1         0         3:12-cv-04172-EMC
STIPULATION TO CONTINUE DATE FOR DEFENDANTS PARAGON SYSTEMS, INC. AND ARMANDO BENITEZ TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DATE FOR PARTIES TO COMPLETE INITIAL DISCLOSURES

# SERVICE LIST

Michael J. Corner                    Plaintiff in pro se
1331 Jefferson Avenue, #308          Tel:    (415) 999-0797
Redwood City, CA  94062

826081.1                              1                         3:12-cv-04172-EMC
STIPULATION TO CONTINUE DATE FOR DEFENDANTS PARAGON SYSTEMS, INC. AND ARMANDO
BENITEZ TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND DATE FOR PARTIES TO
COMPLETE INITIAL DISCLOSURES

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW