MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE 714-668-2423
FACSIMILE 415-281-2010

David M. Lester (State Bar No. 119966)
*d.lester@mpglaw.com*
Catherine M. Lee (State Bar No. 197197)
*c.lee@mpglaw.com*

Attorneys for Defendants Paragon Systems, Inc. and Armando Benitez

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MICHAEL L. CORNER,

Plaintiff,

vs.

PARAGON SYSTEMS, INC. and LT. ARMANDO BENITEZ,

Defendants.

CASE No. 3:12-cv-04172-EMC

Complaint Filed: August 8, 2012

**STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES**
**and**
**[~~PROPOSED~~] ORDER GRANTING STIPULATION**

Case3:12-cv-04172-EMC Document26 Filed01/04/13 Page2 of 6

p.4

Plaintiff, on behalf of himself, and defendants Paragon Systems, Inc. and Armando Benitez, through their undersigned counsel, hereby stipulate as follows:

The deadline for defendants Paragon Systems, Inc. and Armando Benitez to exchange initial disclosures shall be continued from December 31, 2012 to and including **January 29, 2013.**

The stipulation is necessary for two reasons:

(i) The parties previously stipulated that the exchange of initial disclosures shall be fifteen (15) days following the date that plaintiff files an amended complaint. Plaintiff filed his First Amended Complaint on December 11, 2012 so the exchange should occur on December 31, 2012. (Note: Plaintiff has stipulated to continue the deadline for Defendants to file its response to the First Amended Complaint from December 26, 2012 to January 8, 2013.)

(ii) Defendant Armando Benitez was just served with the Summons and First Amended Complaint on December 13, 2012. This law firm just began its representation of Mr. Benitez and needs time to gather information and documents needed for the initial disclosures.

IT IS SO STIPULATED.

DATED: December 22 2012

By: [signature]
Michael L. Corner
Plaintiff in pro se

DATED: December ___, 2012

MUSICK, PEELER & GARRETT LLP

By: ______________________
Catherine M. Lee
Attorneys for Defendant Paragon Systems, Inc.

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

826110.1 1 3:12-cv-04172-EMC
STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES AND [PROPOSED] ORDER GRANTING STIPULATION

Plaintiff, on behalf of himself, and defendants Paragon Systems, Inc. and Armando Benitez, through their undersigned counsel, hereby stipulate as follows:

The deadline for defendants Paragon Systems, Inc. and Armando Benitez to exchange initial disclosures shall be continued from December 31, 2012 to and including **January 29, 2013**.

The stipulation is necessary for two reasons:

(i) The parties previously stipulated that the exchange of initial disclosures shall be fifteen (15) days following the date that plaintiff files an amended complaint. Plaintiff filed his First Amended Complaint on December 11, 2012 so the exchange should occur on December 31, 2012. (Note: Plaintiff has stipulated to continue the deadline for Defendants to file its response to the First Amended Complaint from December 26, 2012 to January 8, 2013.)

(ii) Defendant Armando Benitez was just served with the Summons and First Amended Complaint on December 13, 2012. This law firm just began its representation of Mr. Benitez and needs time to gather information and documents needed for the initial disclosures.

IT IS SO STIPULATED.

DATED: December ___, 2012

By: ______________________________
Michael L. Corner
Plaintiff in pro se

DATED: December 26, 2012

MUSICK, PEELER & GARRETT LLP

By: /s/ Catherine M. Lee
Catherine M. Lee
Attorneys for Defendants Paragon Systems, Inc. and Armando Benitez

**ORDER**

IT IS SO ORDERED.

DATED: 1/4/13, ~~2012~~

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

JUDGE OF THE UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 601 California Street, Suite 1250, San Francisco, California 94108-2817.

On December 26, 2012, I served true copies of the following document(s) described as **STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES and [PROPOSED] ORDER GRANTING STIPULATION**on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 26, 2012, at San Francisco, California.

Katrina M. Ruiz

Case3:12-cv-04172-EMC Document26 Filed01/04/13 Page6 of 6

**SERVICE LIST**

Michael J. Corner
1331 Jefferson Avenue, #308
Redwood City, CA 94062

Plaintiff in pro se
Tel: (415) 999-0797

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

826110.1

1

3:12-cv-04172-EMC

STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES