**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE 714.668.2423
FACSIMILE 415-281-2010

David M. Lester (State Bar No. 119966)
d.lester@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants Paragon Systems, Inc. and Armando Benitez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL L. CORNER, | CASE No. 3:12-cv-04172-EMC |
| Plaintiff, | Complaint Filed: August 8, 2012 |
| vs. | **STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES** |
| PARAGON SYSTEMS, INC. and LT. ARMANDO BENITEZ, | **and** |
| Defendants. | **[PROPOSED] ORDER GRANTING STIPULATION AND RESETTING CMC** |

1   Plaintiff, on behalf of himself, and defendants Paragon Systems, Inc. and Armando
2   Benitez, through their undersigned counsel, hereby stipulate as follows:
3       The deadline for all of the parties to exchange initial disclosures shall be continued from
4   January 29, 2013 to and including March 15, 2013.
5       The stipulation is necessary because the parties desire the opportunity to engage in
6   settlement discussions without simultaneously incurring attorneys' fees and costs
7   IT IS SO STIPULATED.

9   DATED: January 29, 2013

11  By: /s/ Michael L. Corner
12  Michael L. Corner
    Plaintiff in pro se

14  DATED: January 29, 2013          MUSICK, PEELER & GARRETT LLP

16  By: _____
17  Catherine M. Lee
    Attorneys for Defendants Paragon Systems, Inc
18  and Armando Benitez

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW
831211.1                                                          3:12-cv-04172-EMC
STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES AND
[PROPOSED] ORDER GRANTING STIPULATION

1  Plaintiff, on behalf of himself, and defendants Paragon Systems, Inc. and Armando
2  Benitez, through their undersigned counsel, hereby stipulate as follows:
3  The deadline for all of the parties to exchange initial disclosures shall be continued from
4  January 29, 2013 to and including **March 15, 2013**.
5  The stipulation is necessary because the parties desire the opportunity to engage in
6  settlement discussions without simultaneously incurring attorneys' fees and costs.
7  IT IS SO STIPULATED.

DATED: January 29, 2013

By: _____
Michael L. Corner
Plaintiff in pro se

DATED: January 29, 2013          MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants Paragon Systems, Inc.
and Armando Benitez

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

831211.1                             1                            3:12-cv-04172-EMC
STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES AND
[PROPOSED] ORDER GRANTING STIPULATION

1 **ORDER**

2 IT IS SO ORDERED. The case management conference is reset from 3/7/13 to 3/28/13 at 9:00 a.m. A joint CMC Statement shall be filed by 3/21/13.

4 DATED: ____2/1____, 2013

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
UNITED STATES DISTRICT COURT

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

831211.1　　　　　2　　　　　3:12-cv-04172-EMC
STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES AND [PROPOSED] ORDER GRANTING STIPULATION

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 601 California Street, Suite 1250, San Francisco, California 94108-2817.

On January 29, 2013, I served true copies of the following document(s) described as **STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES and [PROPOSED] ORDER GRANTING STIPULATION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 29, 2013, at San Francisco, California.

_____
Katrina M. Ruiz

## SERVICE LIST

Michael J. Corner  Plaintiff in pro se
1331 Jefferson Avenue, #308  Tel:  (415) 999-0797
Redwood City, CA 94062