1  **MUSICK, PEELER & GARRETT LLP**
   ATTORNEYS AT LAW
2  601 CALIFORNIA STREET, SUITE 1250
   SAN FRANCISCO, CALIFORNIA 94108-2817
   TELEPHONE 714-668-2428
3  FACSIMILE 415-281-2060

4  David M. Lester (State Bar No. 119966)
   d.lester@mpglaw.com
   Catherine M. Lee (State Bar No. 197197)
5  c.lee@mpglaw.com

6  Attorneys for Defendants Paragon Systems, Inc. and
   Armando Benitez
7

8                 **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11

12 | MICHAEL L. CORNER,                | CASE No. 3:12-cv-04172-EMC

13 |        Plaintiff,                 | Complaint Filed:      August 8, 2012

14 |     vs.                           | **STIPULATION TO FURTHER
                                         CONTINUE DATE FOR EXCHANGE OF
15 | PARAGON SYSTEMS, INC. and LT.     | INITIAL DISCLOSURES**
   | ARMANDO BENITEZ,                  | **and**
16 |                                   | **[PROPOSED] ORDER GRANTING
   |        Defendants.                | STIPULATION   AND RESETTING CMC**
17

18

19

20

21

22

23

24

25

26

27

28

831211.1

3:12-cv-04172-EMC

STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES AND
[PROPOSED] ORDER GRANTING STIPULATION

1    Plaintiff, on behalf of himself, and defendants Paragon Systems, Inc. and Armando

2    Benitez, through their undersigned counsel, hereby stipulate as follows:

3    The deadline for all of the parties to exchange initial disclosures shall be continued from

4    January 29, 2013 to and including March 15, 2013.

5    The stipulation is necessary because the parties desire the opportunity to engage in

6    settlement discussions without simultaneously incurring attorneys' fees and costs

7    IT IS SO STIPULATED.

8

9    DATED:  January 29, 2013

10

11          By:  _Michael L. Corner_____

12               Michael L. Corner
                 Plaintiff in pro se

13

14   DATED:  January 29, 2013          MUSICK, PEELER & GARRETT LLP

15

16          By:  _____

17               Catherine M. Lee
                 Attorneys for Defendants Paragon Systems, Inc
18               and Armando Benitez

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

$313111.1                          1                          3:12-cv-04172-EMC
STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES AND
[PROPOSED] ORDER GRANTING STIPULATION

1    Plaintiff, on behalf of himself, and defendants Paragon Systems, Inc. and Armando

2  Benitez, through their undersigned counsel, hereby stipulate as follows:

3    The deadline for all of the parties to exchange initial disclosures shall be continued from

4  January 29, 2013 to and including **March 15, 2013.**

5    The stipulation is necessary because the parties desire the opportunity to engage in

6  settlement discussions without simultaneously incurring attorneys' fees and costs.

7    IT IS SO STIPULATED.

8

9  DATED:  January 29, 2013

10

11                          By: _____

12                              Michael L. Corner
                               Plaintiff in pro se
13

14  DATED:  January 29, 2013        MUSICK, PEELER & GARRETT LLP

15

16                          By: _____

17                              Catherine M. Lee
                               Attorneys for Defendants Paragon Systems, Inc.
18                              and Armando Benitez

19

20

21

22

23

24

25

26

27

28

831211.1                              1                        3:12-cv-04172-EMC
STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES AND
[PROPOSED] ORDER GRANTING STIPULATION

1

## ORDER

2    IT IS SO ORDERED.    The case management conference is reset from 3/7/13 to

3                         3/28/13 at 9:00 a.m.   A joint CMC Statement shall be filed by
                         3/21/13.

4    DATED: _____2/1_____, 2013

5

6    _____

7                                     STATES DISTRICT COURT

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

831211.1                                  2                           3:12-cv-04172-EMC
STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES AND
[PROPOSED] ORDER GRANTING STIPULATION

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 601 California Street, Suite 1250, San Francisco, California 94108-2817.

On January 29, 2013, I served true copies of the following document(s) described as **STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES and [PROPOSED] ORDER GRANTING STIPULATION** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 29, 2013, at San Francisco, California.

Katrina M. Ruiz

1
2

**SERVICE LIST**

3
4
5

Michael J. Corner                         Plaintiff in pro se
1331 Jefferson Avenue, #308               Tel:    (415) 999-0797
Redwood City, CA  94062

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

831211.1                                      1                          3:12-cv-04172-EMC
STIPULATION TO FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES AND
[PROPOSED] ORDER GRANTING STIPULATION