**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE: 714-668-2423
FACSIMILE 415-281-2010

David M. Lester (State Bar No. 119966)
d.lester@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants Paragon Systems, Inc. and Armando Benitez

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL L. CORNER, | CASE No. 3:12-cv-04172-EMC |
| Plaintiff, | Complaint Filed: August 8, 2012 |
| vs. | **STIPULATION TO:** |
| PARAGON SYSTEMS, INC. and LT. ARMANDO BENITEZ, | **(1) FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES, (2) ALLOW PLAINTIFF TO AMEND COMPLAINT, AND (3) CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| Defendants. | and |
| | **[PROPOSED] ORDER GRANTING STIPULATION** |

Plaintiff and defendants Paragon Systems, Inc. and Armando Benitez, through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff may file a Second Amended Complaint on or before **April 22, 2013**.

2. The deadline for all of the parties to exchange initial disclosures shall be continued from March 15, 2013 to and including **May 15, 2013**.

3. The initial Case Management Conference shall be continued from March 28, 2013 to **May 23, 2013 at 9:00 a.m.** or the first date thereafter that is available for the court.

This stipulation is necessary because plaintiff in pro per obtained an attorney who substituted into the case on February 27, 2013. New counsel needs time to review the case. Thereafter, the parties have agreed to a schedule to explore whether a resolution of the case is possible and wish for the opportunity to engage in settlement discussions without simultaneously incurring attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: March __, 2013

By: _____
Dolores Victor
Attorneys for Plaintiff Michael L. Corner

DATED: March __, 2013

MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants Paragon Systems, Inc. and Armando Benitez

1 | Plaintiff and defendants Paragon Systems, Inc. and Armando Benitez, through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff may file a Second Amended Complaint on or before **April 22, 2013**.

2. The deadline for all of the parties to exchange initial disclosures shall be continued from March 15, 2013 to and including **May 15, 2013**.

3. The initial Case Management Conference shall be continued from March 28, 2013 to **May 23, 2013 at 9:00 a.m.** or the first date thereafter that is available for the court.

This stipulation is necessary because plaintiff in pro per obtained an attorney who substituted into the case on February 27, 2013. New counsel needs time to review the case. Thereafter, the parties have agreed to a schedule to explore whether a resolution of the case is possible and wish for the opportunity to engage in settlement discussions without simultaneously incurring attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: March __, 2013

By: _____
Dolores Victor
Attorneys for Plaintiff Michael L. Corner

DATED: March 7, 2013                MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants Paragon Systems, Inc. and Armando Benitez

## ORDER

IT IS SO ORDERED.

DATED: __3/11_____, 2013

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED / Judge Edward M. Chen"]*

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

836749.1

2

3:12-cv-04172-EMC

STIPULATION TO (1) FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES, (2) ALLOW PLAINTIFF TO AMEND COMPLAINT, AND (3) CONTINUE DATE OF INITIAL CMC