**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE: 714-668-2423
FACSIMILE: 415-281-2010

David M. Lester (State Bar No. 119966)
d.lester@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants Paragon Systems, Inc. and Armando Benitez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL L. CORNER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PARAGON SYSTEMS, INC. and LT. ARMANDO BENITEZ,<br><br>　　　　Defendants. | CASE No. 3:12-cv-04172-EMC<br><br>Complaint Filed:　　August 8, 2012<br><br>**STIPULATION TO:**<br>**(1) FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES AND (2) DATE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br>and<br>**[P~~ROPO~~SED] ORDER GRANTING STIPULATION** |

Plaintiff and defendants Paragon Systems, Inc. and Armando Benitez (collectively, the "Defendants"), through their undersigned counsel, hereby stipulate as follows:

1. Defendants do not object to plaintiff's filing of the Second Amended Complaint ("SAC") even though the SAC was not filed on or before April 22, 2013 as required by this court's order dated March 11, 2013. (This non-objection by Defendants is <u>not</u> a waiver of any defenses regarding the timeliness of the claims alleged in the SAC. Defendants are simply agreeing that plaintiff may file the SAC without having to make a formal motion to the court.)

2. The deadline for all of the parties to exchange initial disclosures shall be continued from May 15, 2013 to and including **May 31, 2013**.

3. The deadline for Defendants to file a response to the SAC shall be continued from May 20, 2013 to and including **May 31, 2013**.

This stipulation is necessary because the parties need additional time to prepare initial disclosures since the SAC was filed on May 3, 2013.

IT IS SO STIPULATED.

DATED: May 15, 2013

By: /s/ Dolores Victor
Dolores Victor
Attorneys for Plaintiff Michael L. Corner

DATED: May 15, 2013

MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants Paragon Systems, Inc. and Armando Benitez

**ORDER**

IT IS SO ORDERED.

DATED: \_\_\_\_5/16_____, 2013

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Edward M. Chen*

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

846169.1

2

3:12-cv-04172-EMC

STIPULATION TO: (1) FURTHER CONTINUE DATE FOR EXCHANGE OF INITIAL DISCLOSURES AND (2) DATE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT