**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE: 415-281-2024
FACSIMILE: 415-281-2010

David M. Lester (State Bar No. 119966)
d.lester@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants Paragon Systems, Inc. and Armando Benitez

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CORNER,<br><br>        Plaintiff,<br><br>    vs.<br><br>PARAGON SYSTEMS, INC. and LIEUTENANT ARMANDO BENITEZ, an individual in his official capacity<br><br>        Defendants. | CASE No. 3:12-cv-04172-EMC<br><br>Complaint Filed:    August 8, 2012<br>FAC Filed:             December 11, 2012<br>SAC Filed:             May 3, 2013<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION (FRCP RULE 41(a))** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Michael Corner and defendants Paragon Systems, Inc. and Armando Benitez, through their undersigned counsel, hereby stipulate to dismiss *with prejudice* the above pending action. Plaintiff and defendants further stipulate that this court shall retain jurisdiction of this action for the sole purpose of enforcing the Settlement Agreement and Release executed by the parties.

DATED: December 5, 2013     LAW OFFICES OF DOLORES VICTOR

By: _____
Dolores Victor
Attorneys for Plaintiff Michael Corner

DATED: December ___, 2013     MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants Paragon Systems, Inc.
and Armando Benitez

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Michael Corner and defendants Paragon Systems, Inc. and Armando Benitez, through their undersigned counsel, hereby stipulate to dismiss *with prejudice* the entire above pending action. Plaintiff and defendants further stipulate that this court shall retain jurisdiction of this action for the sole purpose of enforcing the Settlement Agreement and Release executed by the parties.

DATED: December ___, 2013            LAW OFFICES OF DOLORES VICTOR

                                     By: _____
                                         Dolores Victor
                                         Attorneys for Plaintiff Michael Corner

DATED: December 20, 2013             MUSICK, PEELER & GARRETT LLP

                                     By: _____
                                         Catherine M. Lee
                                         Attorneys for Defendants Paragon Systems, Inc.
                                         and Armando Benitez

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*